IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00864-WYD-CBS

SANDRA WILSON,

    Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD., a New Jersey corporation,

    Defendant.

---

### ORDER

---

    THIS MATTER is before the Court on the parties' Stipulation Of Dismissal Of Case With Prejudice [ECF No. 8], filed on May 2, 2013.  After carefully reviewing the above-captioned case, I find that this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

    ORDERED that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party bears its own attorney fees and costs.

    DATED:  May 3, 2013.

    BY THE COURT:

    <u>/s/ Wiley Y. Daniel</u>
    Wiley Y. Daniel
    Senior U.S. District Judge